# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BRUCE B. WILLIAMS,**

        **Plaintiff,**

**v.**                                             **Case No: 6:14-cv-1813-Orl-22TBS**

**ORLANDO POLICE DEPARTMENT,**
**ORANGE COUNTY COURTS, and CITY**
**OF ORLANDO,**

        **Defendants.**

_____/

## ORDER

This cause is before the Court on Plaintiff Bruce B. Williams' ("Plaintiff") Motion for Leave to Proceed *in forma pauperis*. (Doc. No. 2).

The United States Magistrate Judge submitted a report recommending that Plaintiff's motion be denied and that this case be dismissed with prejudice (the "R & R"). (Doc. No. 8).

Shortly after the Magistrate Judge entered his R & R, Plaintiff filed a "Supplement to Complaint," (Doc. No. 9), which the Court construes as an objection to the R & R. This supplement, however, does nothing but repeat many of the factual allegations in the various versions of Plaintiff's complaint. Despite numerous admonitions, Plaintiff still fails to address, much less cure, the pleading deficiencies identified by the Magistrate Judge. (*See* Doc. Nos. 3, 5, 8). Instead, Plaintiff requests the Court to release Plaintiff's vehicle to him without having to pay storage fees. (Doc. No. 9).

After an independent *de novo* review of the record in this matter, including Plaintiff's Supplement to Complaint, (Doc. No. 9), the Court agrees entirely with the findings of fact and conclusions of law in the Magistrate Judge's R & R.

Therefore, based on the foregoing, it is **ORDERED** as follows:

1. The Report and Recommendation filed December 2, 2014 (Doc. No. 8), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff Bruce B. Williams' Motion for Leave to Proceed *in forma pauperis* (Doc. No. 2), filed on November 6, 2014, is **DENIED**.

3. This case is **DISMISSED with prejudice**.

4. The Clerk is **DIRECTED** to close this file.

**DONE** and **ORDERED** in Orlando, Florida on January 9, 2015.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties